**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,

                                           Case No. 20-cr-20036

       Plaintiff,                    Honorable Mark A. Goldsmith

vs.

Justin Cody Swain,

       Defendant.

_____/

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the **Notice of Stipulated Preliminary Order of Forfeiture** and this **Certificate of Service** has been made on December 9, 2021, upon the following by certified and regular mail:

Jamie Farrar
XXXX Ford Blvd.
Lincoln Park, MI 48146

                                           s/Michael El-Zein
                                           Michael El-Zein (P79182)
                                           Assistant United States Attorney
                                           211 W. Fort Street, Suite 2001
                                           Detroit, Michigan 48226
                                           (313) 226-9770
                                           Michael.el-zein@usdoj.gov